IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT ROTH,

    Plaintiff,

v.

DR. GLEN HEINZL,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-473-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Dr. Glen Heinzl and this case is dismissed.

_____
Peter Oppeneer, Clerk of Court

_____8/7/09_____
Date